**568**

James P. MITCHELL, Secretary of Labor, United States Department of Labor, Appellant,

v.

Carl TUNE, Individually, and doing business as Tune Construction Company.

No. 16453.

United States Court of Appeals
Eighth Circuit.

June 14, 1960.

Bessie Margolin, Asst. Sol., U. S. Dept. of Labor, Washington, D. C., for appellant.

W. B. Putman, Fayetteville, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 178 F. Supp. 138, dismissed on stipulation of parties.

FIRST NATIONAL BANK OF MINNEAPOLIS, Appellant,

v.

UNITED STATES of America.

No. 16378.

United States Court of Appeals
Eighth Circuit.

July 13, 1960.

Peter Dorsey, Minneapolis, Minn., for appellant.

Charles K. Rice and Lee A. Jackson, Washington, D. C., for appellee.

PER CURIAM.

Appeal from District Court, D.C., 175 F.Supp. 192, dismissed with prejudice with the parties to bear their respective costs, on stipulation of parties.

Donald D. SCHEEL, Appellant,

v.

D. W. HARPER, Trustee of the Estate of Fred J. Scheel, Bankrupt.

No. 16447.

United States Court of Appeals
Eighth Circuit.

July 15, 1960.

John H. Neiman, Des Moines, for appellant.

Marshall F. Camp, Creston, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution on motion of appellee.

Jerry Clyde BEELER

v.

STATE of OKLAHOMA.

No. 6370.

United States Court of Appeals
Tenth Circuit.

June 2, 1960.

Charles F. Brega, Denver, Colo., for appellant.

Mac Q. Williamson, Atty. Gen., of Oklahoma, and Owen J. Watts, Asst. Atty. Gen., of Oklahoma, for appellee.

Before BRATTON, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.